UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| ROBERT LEE ALLEN, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:22–CV–142 |
| ) | |
| MORRISTOWN CITY POLICE ) | |
| DEPARTMENT, ) | |
| ) | |
| Defendant. ) | |

ORDER

This matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge dated January 23, 2023. [Doc. 9]. In that Report and Recommendation, the Magistrate Judge recommends that Plaintiff's Amended Complaint [Doc. 6] be dismissed with prejudice because Plaintiff fails to state a claim upon which relief can be granted. [Doc. 9, at 2–3]. No party has filed objections to the recommendation in the time allowed. See Fed. R. Civ. P. 72.

After consideration of the record as a whole and after careful consideration of the Report and Recommendation of the United States Magistrate Judge, and for the reasons set out in that Report and Recommendation which are incorporated by reference herein, it is hereby **ORDERED** that the Report and Recommendation [Doc. 9] is **ADOPTED** and **APPROVED**, and that the Plaintiff's Amended Complaint be **DISMISSED WITH PREJUDICE**.

So ordered.

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE
