UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| ROBERT LEE ALLEN, JR., | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 2:22–CV–142 |
| MORRISTOWN CITY POLICE DEPARTMENT, | ) ) ) ) |
| Defendant. | ) ) |

JUDGMENT

This matter came before the Court on Plaintiff's Amended Complaint [Doc. 6] and Magistrate Judge Cynthia R. Wyrick's Report and Recommendation [Doc. 9]. For the reasons stated in the Court's Order adopting Judge Wyrick's Report and Recommendation, it is **ORDERED AND ADJUDGED** that this action be, and hereby is, **DISMISSED WITH PREJUDICE**. Accordingly, the Clerk is **DIRECTED** to **CLOSE** the case.

ENTERED AS A JUDGMENT:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE

s/ *LeAnna R. Wilson*
District Court Clerk